| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Williams, Ann C | 2. Court or Organization<br><br>U.S. Court of Appeals 7th Cir. | 3. Date of Report<br><br>08/30/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b.  ☒  Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>219 South Dearborn<br>Chicago, IL | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Board of Directors | Equal Justice Works |
| 2.  Board of Trustees, Secretary | National Institute for Trial Advocacy |
| 3.  Board of Directors | Federal Bar Association |
| 4.  Board of Directors, Secretary | University of Notre Dame |
| 5.  Board of Directors, Past President | Federal Judges Associaton, Chicago Chapter |
| 6.  Board of Directors, Chair | Just the Beginning Foundation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 SEP -4 A 11: 33 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C | 08/30/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | National Institute for Trial Advocacy - Salary | $ 24.780 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | ▆▆▆▆▆ Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. SEE ATTACHED | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C | 08/30/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ████████ | Credit Card | J |
| 2. | American Express | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# SECTION IV - Reimbursements

**NOTE:**    **USE THIS SIMILAR INFO WHEN FILLING AT NON-CASE RELATED FORM.**

## Reimbursements for Meals, Hotel and Transportation Only

| Travel Dates | 2006 |
|---|---|
| January 6-15 | Houston, TX (Trial Advocacy Training Program) National Institute for Trial Advocacy (NITA) |
| January 25 - 31 | Arusha, Tanzania (Appellate Advocacy Training for the International Criminal Tribunals for Rwanda and Yugoslavia) National Institute for Trial Advocacy (NITA) |
| February 16-20 | Phoenix, AZ (Cont. Legal Education Seminar - Panelist) Pricewaterhouse Coopers |
| March 2 | Equal Justice Works (Board Meeting) Washington, DC |
| March 24-26 | Atlanta, GA (Moot Court Competition) Emory Law School |
| April 19 - 22 | McLean,VA (Trial Advocacy Training Program) National Institute for Trial Advocacy (NITA) |
| April 24-25 | Washington, DC (Trial Advocacy Training Program) National Institute for Trial Advocacy (NITA) |
| April 27-29 | Miami, FL (Board Meeting) National Institute for Trial Advocacy (NITA) |
| May 6-9 | Washington, DC (Board Meeting) Federal Judges Association |

| | |
|---|---|
| May 22-25 | New York, NY(Speaker)<br>New York Bar Association |
| July 6-7 | Bloomfield, Colorado (Board Meeting)<br>National Institute for Trial Advocacy (NITA) |
| July 10-11 | Washington, DC (Deposition Program)<br>National Institute for Trial Advocacy (NITA) |
| July 21-24 | Houston, TX (Deposition Training Program)<br>National Institute for Trial Advocacy (NITA) |
| Sept. 21-24 | Cincinnati, OH (Meeting)<br>Just the Beginning Foundation Conference |
| Oct. 13 | Cincinnati, OH (Meeting)<br>Just the Beginning Foundation |
| Oct. 19-20 | Equal Justice Works (Board Meeting)<br>Washington, DC |
| Oct 26-29 | Bloomfield, CO (Board Meeting)<br>National Institute for Trial Advocacy (NITA) |
| Dec 1  - Dec 3 | Kauai, Hawaii (Trial Advocacy Program)<br>Kauai Prosecutors's Office |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C | 08/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bond | A | Interest | J | T | | | | | |
| 2. Elgin State Bank - Accounts | B | Interest | K | T | | | | | |
| 3. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 4. LaSalle Bank - Account | A | Interest | K | T | | | | | |
| 5. ▓▓▓▓▓ Accounts | A | Interest | K | T | | | | | |
| 6. Mass Mutual Universal - Variable | A | Interest | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Williams, Ann C | 08/30/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _September 4, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2007 | FOR CALENDAR YEAR 2006 | in Government Act of 1978 |
|  |  | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williams, Ann C | U.S. Court of Appeals 7th Cir. | 05/12/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge, Active | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final | 01/01/2006 to 12/31/2006 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 South Dearborn <br> Chicago, IL | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Equal Justice Works |
| 2. | Board of Trustees, Secretary | National Institute for Trial Advocacy |
| 3. | Board of Directors | Federal Bar Association |
| 4. | Board of Directors, Secretary | University of Notre Dame |
| 5. | Board of Directors, Past President | Federal Judges Associaton |
| 6. | Board of Directors, Chair | Just the Beginning Foundation |

2007 MAY 15 P 2:09 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C | 05/12/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | National Institute for Trial Advocacy | $ 24.780 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. SEE ATTACHED | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## SECTION IV - Reimbursements

**NOTE:** **USE THIS SIMILAR INFO WHEN FILLING AT NON-CASE RELATED FORM.**

## Reimbursements for Meals, Hotel and Transportation Only

| Travel Dates | 2006 |
|---|---|
| January 6-15 | Houston, TX (Trial Advocacy Training Program) National Institute for Trial Advocacy (NITA) |
| January 19-20 | Washington, DC (Meeting) Supreme Court Fellows |
| January 25 - 31 | Arusha, Tanzania (Appellate Advocacy Training for the Int. Criminal Tribunal for Rwanda and Yugoslavia and the Criminal Court (ICTR/ICTY/ICC) |
| February 6-8 | Nairobi, Kenya (Speakers Program) US State Department |
| February 16-20 | Phoenix, AZ (Cont. Legal Education Seminar - Panelist) Pricewaterhouse Coopers |
| March 2 | Equal Justice Works (Board Meeting) Washington, DC |
| March 24-26 | Atlanta, GA (Moot Court Competition) Emory Law School |
| April 17-18 | Washington, DC (Meeting) Electronic Public Access Working Group (EPA) (Administrative Office Working Group) |
| April 19 - 22 | McLean,VA (Trial Advocacy Training Program) National Institute for Trial Advocacy (NITA) |

| | |
|---|---|
| April 24-25 | Washington, DC ((Trial Advocacy Training Program)<br>National Institute for Trial Advocacy (NITA) |
| April 27-29 | Miami, FL (Board Meeting)<br>National Institute for Trial Advocacy (NITA) |
| May 6-9 | Washington, DC (Board Meeting)<br>Federal Judges Association |
| May 22-25 | New York, NY(Speaker)<br>New York Bar Association |
| July 6-7 | Denver, Colorado (Board Meeting)<br>National Institute for Trial Advocacy (NITA) |
| July 10-11 | Washington, DC (Deposition Program)<br>National Institute for Trial Advocacy (NITA) |
| July 21-24 | Houston, TX (Deposition Training Program)<br>National Institute for Trial Advocacy (NITA) |
| Aug. 14-26 | Nairobi, Kenya (Speakers Program)<br>US State Dept. |
| Sept. 21-24 | Cincinnati, OH (Meeting)<br>Just the Beginning Foundation Conference |
| Oct. 12 | Washington, DC<br>Human Resources Advisory Council (HRAC) |
| Oct. 13 | Cincinnati, OH (Meeting)<br>Just the Beginning Foundation |
| Oct. 19-20 | Equal Justice Works (Board Meeting)<br>Washington, DC |
| Oct 22-25 | Lake Geneva, WI (Education Seminar)<br>Federal Judicial Center |

| | |
|---|---|
| Oct 26-29 | Bloomfield, CO (Board Meeting)<br>National Institute for Trial Advocacy (NITA) |
| Nov 12-14 | Washington, DC (Education Seminar)<br>International Law & Litigation for Judges |
| Dec 1  - Dec 3 | Kauai, Hawaii (Trial Advocacy Program)<br>Kauai Prosecutors's Office |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C | 05/12/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ▬▬▬▬ | Credit Card | J |
| 2. American Express | Credit Card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bond | A | Interest | J | T | | | | | |
| 2. Elgin State Bank - Accounts | B | Interest | K | T | | | | | |
| 3. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 4. LaSalle Bank - Account | A | Interest | K | T | | | | | |
| 5. ███████████ Accounts | A | Interest | K | T | | | | | |
| 6. Mass Mutual Universal - Variable | A | Interest | | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C | 05/12/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ~~[signature redacted]~~          Date  5/14/2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544